IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA A. BOSKO, | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-cv-816 |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

AND NOW, this 29th day of August, 2007, it is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Robert C. Eddins, Esquire
Email: CED3572379@aol.com

Jessica Smolar, Esquire
Email: Jessica.smolar@usdoj.gov